AT WICHITA, KS
MAR 0 8 2010
CLERK
U.S. Bankruptcy
by Debbie _____ Deputy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

MATERIAL HANDLING CORPORATION

Bankruptcy No. 03-13172
Chapter 7

Debtor(s)

## REPORT OF OUTSTANDING CHECKS

COMES NOW, D. Michael Case, Trustee of the above referenced bankruptcy estate, and reports that the following listed check(s) have been issued and mailed but were either undeliverable and returned or that more than ninety (90) days have elapsed and said checks were not presented to the depository:

| Check No. | Payee | Amount |
|---|---|---|
| 118 | Air Capital Delivery and Warehouse<br>20411 W. 13th<br>Goddard, KS 67052 | $241.76 |
| 121 | Superior Components<br>12409 S. Industrial Drive<br>Plainfield, IL 60544 | $ 37.47 |
| 124 | Jarvis Caster West<br>Dept 20838<br>Los Angeles, CA 90088 | $407.66 |

Accompanying this Report is Check No. 10165 in the amount of $686.89 made payable to the Clerk of the U.S. Bankruptcy Court for deposit into the U.S. Treasury Account as unclaimed funds.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

_____
D. Michael Case, #7491
900 Garvey Center
200 West Douglas Avenue
Wichita, KS 67202-3009
(316) 303-0100